IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00030-WYD-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

D.L. HERRELL, INC.,
DEBORAH L. HERRELL, PRESIDENT,

    Respondents.

**ORDER**

Upon reviewing the United States of America's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. The show cause hearing set for Monday, February 23, 2009, at 4:00 p.m. is **VACATED**.

Dated: February 23, 2009.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge